IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GINA RAE SMITH,

    Plaintiff,

    v.

25cv023

ELECTRONICALLY FILED

FRANK BISIGNANO
*Commissioner of Social Security*,

    Defendant.

<u>Order adopting Report and Recommendation and Closing Case</u>

Plaintiff Gina Rae Smith ("Smith") commenced this action against the Commissioner of Social Security ("Commissioner"), under 42 U.S.C. §§ 405(g) and 1383(c)(3). Smith now seeks judicial review of an unfavorable decision regarding her claims for Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"), issued March 14, 2024. Smith seeks to have the Commissioner's decision vacated and remanded for further review, and the Commissioner seeks to have it affirmed. Plaintiff has filed a motion for summary judgment and they have filed briefs in support of their respective positions (doc. 12, doc. 13 and doc. 14). This matter was referred to United States Magistrate Judge Patricia Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

On November 25, 2025, Magistrate Judge Dodge issued a thorough and well-reasoned Report and Recommendation wherein she recommended that pursuant to Sentence Four of Section 405(g), the decision of the Commissioner of Social Security denying Plaintiff's claims

1

for benefits be reversed and that this matter be remanded to the Commissioner for further review. Magistrate Judge Dodge found that the decision of the ALJ was not supported by substantial evidence because the ALJ failed to properly evaluate the consistency and supportability of the evidence about Smith's physical health by rejecting without explanation relevant portions of the findings of four medical providers. Magistrate Judge Dodge also found that the ALJ mischaracterized the evidence about Smith's mental health and by doing so, improperly minimized her condition.

Objections to the Report and Recommendation were due by December 10, 2025. As of this date, no objections have been filed. After *de novo* review of the Record in this matter, including the Motion for Summary Judgment and all related briefing, and the well- reasoned and thorough Report and Recommendation of Magistrate Judge Dodge, it is ORDERED that the November 26, 2025, Report and Recommendation (Doc. 18) is adopted as the Opinion of the Court. The Court hereby grants judgment in Smith's favor, grants Plaintiff's Motion for Summary Judgment (doc. 12), vacates the decision of the Commissioner denying Smith's claims for benefits, and remands this matter to the Commissioner for further review.

Finally, it is ORDERED that the Clerk of Court is to mark this matter closed.

SO ORDERED this 15th day of December, 2025.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All ECF registered counsel of record